IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. APPROXIMATELY $144,434.00 IN UNITED STATES CURRENCY; and
2. 2020 CAN AM MAVERICK X3 XRS, VIN # 3JBVNAV74LK000862,

    Defendants.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, ("United States") by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

## JURISDICTION AND VENUE

1. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881(a)(6), seeking forfeiture of the defendant property based upon violations of 21 U.S.C. § 801 *et seq.* This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and the acts described herein occurred, in the District of Colorado.

1

## DEFENDANT PROPERTY

3. Defendant approximately $144,434.00 in United States currency was seized from 2227 Winter Blossom Point, Colorado Springs, Colorado on January 30, 2024, and is currently in the custody of the United States Marshal Service Denver, Colorado.

4. Defendant 2014 Dodge Ram 2500 Vin # 3C6UR5NL1EG201956 was seized from 2227 Winter Blossom Point, Colorado Springs, Colorado, on January 30, 2024, and is currently in the custody of the United States Marshal Service Denver, Colorado.

5. Defendant 2020 Can Am Maverick X3 XRS, VIN: 3JBVNAV74LK000862 was seized at 7555 Middle Bay Way, Fountain, Colorado on April 12, 2024, and is currently in the custody of Homeland Security Investigations, Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

### Investigation

6. On January 30, 2023, investigators with the DEA Colorado Springs Resident Office ("CSRO") began investigating a drug trafficking organization ("DTO") out of Colorado Springs, Colorado. Under the leadership and direction of a Mexican-national Alonso Edain Quinonez-Velazquez ("Quinonez-Velazquez"), illegal narcotics were transported from Mexico to Colorado Springs, where they were distributed in the Colorado

Springs and Denver-metro areas.

7. From approximately January 30, 2023 through October 2023, undercover narcotics transactions were conducted by investigators. During these transactions, the undercover officer and Quinonez-Velazquez discussed type, price, and quantity of the illegal narcotics, and determined a location to meet. Quinonez-Velazquez would then send a "runner" who would deliver the narcotics.

8. As a result of the undercover purchases, investigators seized a total of approximately 327 grams of heroin, approximately 382 grams of fentanyl, approximately 174 grams of cocaine, and approximately 1,472 grams of methamphetamine.

## SEARCH WARRANT AND DEFENDANT ASSETS

9. Members of the Colorado Springs DEA Task Force along with federal, state, and local law enforcement partners executed search warrants at several of the properties associated with the DTO over the course of the investigation.

### Search Warrant at 2227 Winter Blossom Point

10. On January 30, 2024, a search warrant was executed 2227 Winter Blossom Point in Colorado Springs, Colorado, the home of Quinonez-Velazquez. Bianca Chico-Venzor (aka Bianca Chico Madrid) ("Bianca Madrid") and Leilani Chico-Madrid ("Leilani Madrid") were also living in the residence.

11. During the execution of the search warrant, investigators seized a total of approximately 101.7 grams of fentanyl pills, approximately 56 grams of heroin, approximately 1,721 grams of cocaine, and defendant $144,434.00 in United States currency.

**Defendant $144,434.00 in United States currency**

12.  Law enforcement investigators seized defendant approximately $144,434.00 in United States currency in the master bedroom. The approximately $144,434.00 in United States currency was comprised of approximately $49,985.00 located in a white purse in the master bedroom closet, approximately $91,939.00 in vacuumed-sealed bags inside a safe in the master bedroom, approximately $1,060.00 inside a brown purse on top of the safe, and approximately $1,450.00 inside a dresser drawer.

13.  In addition, investigators also located heroin and suspected fentanyl pills hidden inside a yellow Arm and Hammer laundry detergent bag in the bottom drawer of a nightstand in the master bedroom.

14.  Investigators spoke with the residents to determine which room each person lived in. Quinonez-Velazquez and Bianca Madrid told them they shared the master bedroom on the second floor of the house. Leilani Madrid told investigators she lived in the first bedroom at the top of the stairs on the right.

15.  Investigators also executed a search warrant at a storage unit leased by Quinonez-Velazquez in Colorado Springs. At the storage unit, investigators located approximately 8,511 grams of fentanyl and approximately 4,275 grams of heroin.

**Defendant 2020 Can Am Maverick X3 XRS, VIN: 3JBVNAV74LK000862**

16.  During the search of Quinonez-Velazquez's residence at 2227 Winter Blossom Point, investigators located and seized several documents related to a 2020 Can

Am Maverick X3 XRS, VIN: 3JBVNAV74LK000862.

17. The purchase documentation showed that the 2020 Can Am was purchased in Mexico in May 2021 for approximately $35,000.00 by Erick Flores Salazar.

18. A copy of Erick Flores Salazar's passport was also seized during the search warrant at Quinonez-Velazquez's residence.

19. At the time of the search warrant, the Colorado registration listed Leilani Madrid as the registered owner.

20. Quinonez-Velazquez was arrested on January 30, 2024.

21. On January 31, 2024, one day after the arrest of Quinonez-Velazquez, Leilani Madrid's name was removed from the registration and Marta Madrid Leanos's name was added at the Colorado Parks and Wildlife Office in Colorado Springs, CO.

22. On April 12, 2024, defendant 2020 Can Am Maverick X3 XRS, VIN: 3JBVNAV74LK000862 was seized.

23. Quinonez-Velazquez filed an administrative forfeiture claim stating that the 2020 Can AM Maverick belonged to him.

**Indictment**

24. On June 26, 2024, a Third Superseding Indictment was filed in *United States v. Quinonez-Velazquez, et. al*, Criminal Case No. 24-cr-00031-CNS, charging Quinonez-Velazquez with 15 felony counts, including: conspiracy to distribute and possession with intent to distribute methamphetamine, fentanyl, heroin, and cocaine; distribution and possession with intent to distribute fentanyl, heroin, cocaine, and methamphetamine; possession with intent to distribute fentanyl, cocaine, heroin; and

reentry of a removed alien.

### Criminal History

25. Quinonez-Velazquez's criminal history includes prior drug trafficking convictions dating back to 2006, where he was convicted of distributing cocaine.

26. In 2009, Quinonez-Velazquez was convicted of felony drug distribution charges and was deported to Mexico in 2012.

27. In 2014, Quinonez-Velazquez was convicted of drug distribution charges and served 8 years in the Colorado Department of Corrections. He was again deported to Mexico in 2017.

### Wages

28. Colorado Department of Labor and Wages (CDLW) had no reportable wages for Marta Madrid Leanos since the second quarter of 2019, and no history of reportable wages for her husband.

29. No CDLW records were found for Quinonez-Velazquez.

30. CDLW reported no wages for Bianca Madrid since the first quarter of 2022.

VERIFICATION OF JOSEPH SCOTT
SPECIAL AGENT HOMELAND SECURITY INVESTIGATIONS PREVIOUSLY
ASSIGNED AS A TASK FORCE AGENT, DRUG ENFORCEMENT ADMINISTRATION

I, Special Agent, Joseph Scott, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

s/ *Joseph Scott*
Joseph Scott, Special Agent
Homeland Security Investigations
Former Task Force Agent-DEA

## FIRST CLAIM FOR RELIEF

31. The Plaintiff repeats and incorporates by reference the paragraphs above.

32. By the foregoing and other acts, defendant approximately $144,434.00 in United States currency, constitutes monies furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant approximately $144,434.00 in United States currency is forfeitable to the United Stated pursuant to 21 U.S.C. § 881(a)(6).

## SECOND CLAIM FOR RELIEF

33. The Plaintiff repeats and incorporates by reference the paragraphs above.

34. By the foregoing and other acts, defendant 2020 Can Am Maverick X3 XRS, VIN: 3JBVNAV74LK000862, constitutes and/or was derived from proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*.  Therefore, defendant 2020 Can Am Maverick X3 XRS, VIN: 3JBVNAV74LK000862 is forfeitable to the United Stated pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for an entry of final order of forfeiture for the defendant property in favor if the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probably cause for the seizure of the defendant properties and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 12th day of September 2024.

> Respectfully submitted,
>
> MATTHEW T. KIRSCH
> Acting United States Attorney
>
> By: s/*Laura B. Hurd*
> Laura B. Hurd
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Fax: (303) 454-0402
> E-mail: Laura.Hurd@usdoj.gov
> *Attorney for Plaintiff*